# LEWIS & McKENNA
ATTORNEYS AT LAW

PAUL Z. LEWIS*†
MICHAEL F. MCKENNA*†△
DUNCAN G. CAMERON*†
JOHN P. DI BIASIO*
JAMES M. MCMAHON*†●
GEORGE F. MACKEY*†△*

* NJ BAR
△ FL BAR
• DC BAR
○ PA BAR
† NY BAR
● MA BAR

NEW JERSEY OFFICE
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
(201) 934-9600
TELECOPIER: (201) 934-8681

NEW YORK OFFICE
521 FIFTH AVENUE
33RD FLOOR
NEW YORK, N.Y. 10175
(212) 772-0943

WWW.LEWISMCKENNA.COM
REPLY TO: NJ

October 4, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2005 ★
BROOKLYN OFFICE

- Via Facsimilie & First Class Mail -
Honorable Joan M. Azrack
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: General Motors Acceptance Corp. V. McNamara et als (ERIC)
US Dist. Ct., EDNY Case No. CV 96-3919

Dear Judge Azrack:

I write to update the court and counsel concerning our representation of Kimberly and Della Lynn McNamara in the above referenced matter. We have been, finally, contacted by Mrs. McNamara and are now authorized to appear for her and her daughter in the action.

Because there is no one at this firm who had any contact with the case in the 1990s, we respectfully request at least 30 days to get acquainted with the facts and status of the case. I have this day made a request to the attorney for plaintiff to review the documents in the case. It is my understanding that there are motions which are in preparation among the parties. To the extent that any of said motions involve our clients, I respectfully request that we be granted an extension of 30 days in which to respond to such motions. Moreover, I respectfully request that we be granted an extension of time in which to move for summary judgment should our review of the matter so dictate.

Thank you for your consideration with regard to this request.

Respectfully submitted,

George F. Mackey (3508GM)

cc: Kenneth Cooperstein, Esq.
    Daniel Wallen, Esq.

MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT

app. granted

s/Joan M. Azrack  USMJ
10/6/05